No. 94–1770. DAVILA ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–1772. RETAIL, WHOLESALE & DEPARTMENT STORE UNION, LOCAL NO. 441 *v.* INTERSTATE BRANDS CORP., MERITA BREAD DIVISION. C. A. 11th Cir. Certiorari denied.

No. 94–1778. CITIZENS BANK OF CLOVIS *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Certiorari denied.

No. 94–1796. ALBERTSON'S, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 94–1804. WILLIAMS ET AL. *v.* ASHLAND ENGINEERING ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–1807. MCCLELLAN ECOLOGICAL SEEPAGE SITUATION ET AL. *v.* PERRY, SECRETARY OF DEFENSE. C. A. 9th Cir. Certiorari denied.

No. 94–1817. ALACARE HOME HEALTH SERVICES, INC. *v.* GADSDEN REGIONAL MEDICAL CENTER, FKA BAPTIST HOSPITAL OF GADSDEN, INC. Ct. Civ. App. Ala. Certiorari denied.

No. 94–1823. PIERCE *v.* REICH, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 94–1825. NATIONAL COMMODITY & BARTER ASSN. ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–1827. ZIPPERER *v.* CITY OF FORT MYERS ET AL.; and
No. 94–1997. CITY OF FORT MYERS *v.* ZIPPERER. C. A. 11th Cir. Certiorari denied.

No. 94–1831. ALLEN ET AL. *v.* PAINEWEBBER, INC. C. A. 4th Cir. Certiorari denied.

No. 94–1842. MYERS & ASSOCIATES, LTD., ET AL. *v.* TRINITY INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied.